■ In the Matter of LAWRENCE C. JONES, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents. [773 NYS2d 552]—

Judgment, Supreme Court, New York County (Edward Lehner, J.), entered July 9, 2002, which granted respondents' cross motion to dismiss the petition for failure to state a cause of action, unanimously affirmed, without costs.

The petition, which admits that petitioner had lateness and absenteeism problems while on disciplinary probation, on its face shows a good faith basis for petitioner's termination, requiring dismissal of the petition (*see Matter of Wilson v Bratton,* 266 AD2d 140, 142 [1999], citing *Matter of Butler v Abate,* 204 AD2d 171, 172 [1994]). The effect of such admission of good faith is not negated by petitioner's other allegations purporting to show bad faith (*Matter of Morgan v Safir,* 281 AD2d 376 [2001], *lv denied* 97 NY2d 601 [2001]). Concur—Nardelli, J.P., Tom, Andrias, Saxe and Marlow, JJ.